**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:24-CV-1092 |
| v. | ) | |
| | ) | |
| CITY OF ST. LOUIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

COME NOW Defendants and hereby notify the Court that the parties have reached a settlement.

Respectfully submitted,

**MICHAEL GARVIN
CITY COUNSELOR**

*/s/ Rachael Hagan*
Rachael Hagan #74923
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO 63103
314.622.4618
FAX: 314.622.4956
HaganR@stlouis-mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on September 26, 2025, and served via the Court's electronic filing system upon all counsel of record.

*s/ Rachael Hagan*